IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| AJC INTERNATIONAL, INC., a Domestic Profit Corporation, | |
| Plaintiff, | CIVIL ACTION NO.: 4:24-cv-246 |
| v. | |
| OOCL (USA), INC., a Foreign Profit Corporation; et al., | |
| Defendants. | |

**O R D E R**

Plaintiff AJC International, Inc., filed this case on October 31, 2024. (Doc. 1.) On April 7, 2025, Plaintiff filed a Stipulation of Dismissal, stating that it "hereby dismisses this case without prejudice." (Doc. 6.) None of the Defendants have filed an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been **DISMISSED WITHOUT PREJUDICE**. (See id.) The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 8th day of April, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA